Teresa J. DAVENPORT, Petitioner,

v.

DEPARTMENT OF JUSTICE, Respondent.

No. 2007–3164.

United States Court of Appeals, Federal Circuit.

June 26, 2008.

Douglas K. Mickle, Department of Justice, Washington, DC, for Respondent.

Gregory T. Rinckey, Mathew B. Tully, Tully Rinckey PLLC, Albany, NY, for Petitioner.

ON MOTION

*ORDER*

Upon consideration of Teresa J. Davenport's unopposed motion to voluntarily dismiss her petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.